Case 09-50926    Doc 37    Filed 07/01/09    Entered 07/01/09 15:19:03    Desc Main

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re | Chapter 7 |
| NCT Group Inc. | |
| Debtor | Case No. 09-50926 |

**ORDER DISMISSING CHAPTER 7 CASE**

_____The debtor has filed a motion in accordance with 11 U.S.C. §707 seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. §1307, §1112 or §1208

___X____ A party in interest, Roberta Napolitano, Trustee, has filed a motion in accordance with 11 U.S.C. §707 seeking to dismiss this case. The court finds, after notice and a hearing, that the motion should be granted.

_____ A court's motion having been heard for _____. The court finds, after notice and a hearing, that the motion should be granted.

**IT IS ORDERED THAT:**

    1. This chapter 7 case is dismissed.

Date: July 1, 2009                                                                                      BY THE COURT

*Alan H. W. Shiff* (signature)
Alan H. W. Shiff
United States Bankruptcy Judge